Law Offices of
# FREDERICK COLES, III
A Professional Corporation
**4802 South 1110 East**
**Salt Lake City, Utah 84117**

Telephone (908) 757-4977
E-Mail: FColes@coleslegal.com

———————

**Post Office Box 257**
**South Orange, New Jersey 07079**

**REPLY TO: SLC, UTAH**

March 27, 2023

Honorable Leda D. Wettre, U.S.M.J.                                    **Via Electronic Filing:**
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

        Re:    *Life Signing, LLC, dba Deals Door Delivered v. eCom Elite*
              *Consulting, LLC, et al.*
              Civil Action No. 2:22-cv-05635-KM-LDW

Dear Magistrate Judge Wettre:

        Please be advised that this letter is being submitted upon the docket by plaintiff, Life Signing, LLC, dba Deals Door Delivered, to confirm plaintiff's consent to the outcome of the March 13, 2023 Status Conference Call. During the March 13, 2023 Status Conference Call, counsel for the parties agreed that the undersigned would consider administratively terminating (*i.e.,* "stay") this action while plaintiff pursued its claim(s) against defendant, eCom Elite Consulting, LLC, in arbitration before the American Arbitration Association. Plaintiff expressly reserves its right to reinstate this action following the conclusion of the AAA arbitration, if so required.

        I thank Your Honor for your time and consideration of this request.

                                Respectfully submitted,

                                LAW OFFICES OF FREDERICK COLES, III

                                /s/ Frederick Coles, III
                By:  _____
                                Frederick Coles, III

FC/
cc:    Client (via e-mail)
       All Counsel of Record (via ECF)