# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIFE SIGNINGS LLC,<br><br>   Plaintiff,<br><br>v.<br><br>ECOM ELITE CONSULTING LLC, *et al.*,<br><br>   Defendants. | Civil Action No.<br><br>22-5635 (KM) (LDW)<br><br>**ADMINISTRATIVE TERMINATION ORDER** |

**THIS MATTER** having come before the Court by way of a March 13, 2023 telephone conference before the undersigned; and plaintiff having consented to stay and administratively terminate this action pending arbitration of its claims against defendant eCom Elite Consulting LLC before the American Arbitration Association (ECF No. 34); and for good cause shown;

**IT IS, on this 28th day of March 2023,**

**ORDERED** that this action and any pending motions are hereby administratively terminated pending the outcome of arbitration; and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that any party may request that this action be reopened and restored to the Court's active docket following arbitration by filing a letter to that extent.

                *s/ Leda Dunn Wettre*
                Hon. Leda Dunn Wettre
                United States Magistrate Judge